JS-6

DEBORAH S. TROPP, ESQ. (SBN 162613)
CHRISTINA N. MEISSNER, ESQ. (SBN 278714)
McNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, California 92614
Ph: (949) 259-2890;
Fax: (949) 259-2891
dtropp@mtbattorneys.com
cmeissner@mtbattorneys.com

Attorneys for Defendant
TUFF TRANSPORT, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CASAS,<br><br>            Plaintiff,<br><br>    vs.<br><br>TUFF TRANSPORT, INC., and CHRIS L. KING II; and DOES 1-100, Inclusive,<br><br>            Defendants. | CASE NO. EDCV 18-1190-GW(SPx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The court reviewed the "Stipulation for Dismissal of Entire Action with Prejudice." For good cause shown, the court **GRANTS** the joint motion and dismisses this matter as to all parties and all causes of action, with prejudice. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: January 4, 2019

_George H. Wu_
_____
GEORGE H. WU, U.S. District Judge